# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2025

## NO. 03-23-00492-CV

**In the Matter of N. M. - P.**

**APPEAL FROM COUNTY COURT OF HAYS COUNTY**
**BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS**
**AFFIRMED -- OPINION BY JUSTICE ELLIS**

This is an appeal from the order signed by the trial court on July 25, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.